# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2020

## NO. 03-19-00121-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas// Cross-Appellant, Gold's Texas Holdings Group**

**v.**

**Appellee, Gold's Texas Holdings Group// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## AFFIRMED IN PART AND REVERSED IN PART-- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on November 29, 2018. Having reviewed the record and the parties' arguments, the Court affirms the judgment in part and holds that there was reversible error, in part, in the trial court's judgment. Therefore, the Court affirms the trial court's judgment as it relates to the large equipment and the stickers and crayons purchased for the kid's club. The Court reverses the trial court's judgment as it relates to the remainder of the small equipment. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.